Kovalchick Unemployment Compensation Case.

Argued December 17, 1964. *Anthony Kovalchick, Sr.*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter*

*E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.